**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

KENNETH J. HAUGEN,
          *Plaintiff-Appellant,*

v.

ROCHELLE BROSSEAU; PUYALLUP
POLICE DEPARTMENT; THE CITY OF
PUYALLUP,
          *Defendants-Appellees.*

No. 01-35954

D.C. No.
CV-01-05018-RJB

ORDER ON
REMAND FROM
THE SUPREME
COURT

Filed February 3, 2005

Before: Stephen Reinhardt, William A. Fletcher, and
Ronald M. Gould, Circuit Judges.

## ORDER

The judgment of this court, 351 F.3d 372 (9th Cir. 2003),
was reversed by the United States Supreme Court. We remand
to the district court for further proceedings consistent with the
decision of the Supreme Court. *See Brosseau v. Haugen*, 125
S. Ct. 596 (2004).

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.